STATE v. KEYES

No. 136 PC.

Case below: 8 N.C. App. 677.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

STATE v. McGILVERY

No. 131 PC.

Case below: 9 N.C. App. 15.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

STATE v. NORMAN

No. 91 PC.

Case below: 8 N.C. App. 239.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

STATE v. PRESTON

No. 137 PC.

Case below: 9 N.C. App. 71.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

STATE v. SCOTT

No. 96 PC.

Case below: 8 N.C. App. 281.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

STATE v. SMITH

No. 111 PC.

Case below: 8 N.C. App. 442.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.